**RECEIVED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

MAY - 9 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Plaintiff,

Tekeva Deshuna Shaw

vs.

No. 24-2309

Defendants

Memphis Police Department- 170 N Main St Memphis, TN 38103

Memphis Police Internal Affairs Bureau- 2714 Union Ave Extended #600, Memphis, TN 38112

Tennessee Highway Patrol- 6348 Summer Ave, Memphis, TN 38134

Shelby County Sheriff- Sergeant Kimsey Lovell 201 Poplar Memphis, TN 38103

Germantown Police Department- 2714 Union Ave Extended #600, Memphis, TN 38112

Shelby County Juvenile Court- 616 Adams Ave, Memphis, TN 38105

Federal Bureau of Investigation- 225 N Humphreys Blvd #3000, Memphis, TN 38120

United States Postal Service- 555 S B B King Blvd Memphis, TN 38101   Et Al.

## COMPLAINT

Violation of Civil Rights under 42 U.S.C. 1983

Violation of Title 42, U.S.C., Section 14141

Violation of Title 18, U.S.C., Section 242

Violation of Title 18, U.S.C., Section 241

Violation of the 14th Amendment

Violation of the Color of Law

Violation of Company Policies

Negligence

Duress

Exploitation

Misinformation/misguiding

Discrimination

Harassment

Bad Faith

Excessive Rates (Insurance Companies)/Misrepresentation

**Defendants continued**

United States Postal Inspection Service- 225 N Humphreys Blvd, 4th Floor S Memphis, TN 38161

Clarion Security- Officer Tayler 1780 Moriah Woods Blvd # 1, Memphis, TN 38117

FJC Security Services/ Allied Universal- 2670 Union Ave. Ext. Suite 500, 5th Floor Memphis, TN 38112

Tennessee Department of Human Services- 505 Deaderick Street Nashville, TN 37243

Tennessee Department of Childrens' Services/ Child Protective Services- Shenice Thomas 315 Deaderick Street, 10th floor, UBS Tower, Nashville, TN

Department of Safety and Homeland Security- 1148 Foster Ave, Nashville, TN 37243

Tennessee Department of Transportation- 505 Deaderick St. James K. Polk Building, Ste 700. Nashville, TN 37243

U.S Department of Agriculture- 1400 Independence Ave., S.W. Washington, DC 20250

Shelby County Health Department- 814 Jefferson Avenue Memphis, TN 38105

U.S. Equal Employment Opportunity Commission Memphis District Office- 200 Jefferson Ave., 14th Floor  Memphis, TN 38103

Memphis Area Legal Services Inc- 200 Jefferson Avenue Suite 1075. Memphis, TN 38103

Tennessee Occupational Safety and Health Administration- 220 French Landing Drive 3-A Nashville, TN  37243

Tennessee Department of Labor and Workforce Development/ American Job Center- P. Reed 220 French Landing Dr, Nashville, TN 37243/ 155 Angelus St, Memphis, TN 38104

U.S. Department of Justice- 950 Pennsylvania Ave., NW Washington, DC 20530

Shelby County Courthouse- 140 Adams Avenue Memphis, TN 38103

U.S Small Business Association- 167 N Main St, Memphis, TN 38103

Healthcare.gov- 465 Industrial Blvd London, KY 40750

Memphis Shelby County Schools- 160 S Hollywood Memphis, TN 38112

Memphis Light, Gas, and Water- 245 S. Main Street Memphis, TN 38103

Shelby County Clerk- 150 Washington Avenue Memphis, TN 38103

U.S. District Court Western District of Tennessee- 167 N Main Street Room 242 Memphis, TN 38103

The Kroger Co. – 1014 Vine Street Cincinnati, Ohio 45202

Whole Foods Market- 550 Bowie St. Austin, TX 78703

Family Dollar- 5000 Volvo Parkway Chesapeake, VA 23320

European Wax Center- 5830 Granite Parkway 3rd Floor Plano, TX 75024

Sephora- 525 Market St First Market Tower 32nd Floor San Francisco, California

A Nails- 20 Timber Creek Dr Cordova, TN 38018

Gloss Nail Bar- 1350 Concourse Ave Suite 129 Memphis, TN 38104

Beautiful Nails- 4355 Elvis Presley Blvd Memphis, TN 38116

Ace Nails & Spa- 1811 Kirby Parkway Ste 4 Memphis, TN 38138

Lany Nails- 1727 N Germantown Parkway Suite 105 Cordova, TN 38016

Nutrition Spot- 2961 Canada Road Lakeland, TN 38002

Take Two Nutrition- 6732 Winchester Road Memphis, TN 38115

Guthrie's Chicken- 804 East Glenn Avenue Auburn, Alabama 36830

Lowe's Home Improvement 585 N. Perkins Road Memphis, TN 38122

The Home Depot- 1627 Poplar Avenue Memphis, TN 38104

The Cigna Group- 900 Cottage Grove Road Bloomfield, Connecticut 06002

Direct Auto Insurance Co.- 515 N State St Chicago, IL 60654

Alfa Auto Insurance- 2108 E South Blvd Montgomery, AL 36116

Planned Parenthood- 2430 Poplar Ave Memphis, TN 38112

Tekeva Deshuna Shaw

*Tekeva Deshuna Shaw* (signature)

966 Looney Ave
Memphis, TN 38107
901-690-4686